UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Benitez__
FROM: __J. Paris,__ Deputy Clerk   RECEIVED DATE: __8/5/08__
CASE NO.: __08cr1112__   DOCUMENT FILED BY: __Oliver Sarco-Hernandez__
CASE TITLE: __USA v. Sarco-Hernandez__
DOCUMENT ENTITLED: __Ex Parte Communication__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Communication |

Date forwarded: __8/6/08__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Benitez__

Dated: __8/19/08__   By: __RJN__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

July 15, 2008

Dear, Honorable Judge Benitez,

I am "Oliver Sarco Hernandez" #07497-298. You are my sentencing judge. I am writing to you to apologize for my crimes. I am remorseful, and I ask that you please consider my family wife and children on my sentencing date for them. I ask that you please give me this opportunity. I did not attempt to come into the country to harm anyone, I came because my children and wife reside in the U.S. please give me this opportunity to be with them as soon as possible because they depend on me, I am the sole provider. I will immediately take my family to Mexico given the opportunity. I returned because my infant daughter of 16 months was born with broncatis and she needs constant medical attention. I still have not met my daughter in person only through fotos that's why I ask for the opportunity to be reunited as soon as possible with my family.

I have no criminal record of narcotics sales or violence. Please have leniency. I hope that you as a father can understand me. Thank you, God bless.

Sincerely, SARCO-HERNANDEZ-OLIVER

REJECTED